ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| TEXOMA AUTO REMARKETING ,LLC | § | Case no. 22-40323 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

EMERGENCY MOTION TO TURNOVER PROPERTY OF THE ESTATE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Texoma Auto Remarketing, LLC Debtor in the above styled and numbered cause, files this its Emergency Motion to Turnover Property of the Estate ("Motion"), and in support thereof would respectfully show unto the Court as follows:

1. On or about March 15, 2022, Debtor filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code and has continued in possession of its property and operation of its business as a Debtor-in-Possession pursuant to §§ 1182 of the Bankruptcy Code.

2. The Debtor's business consists of the purchase and sale of new and used

automobiles.

3. The Debtor's business does not operate as a traditional automotive dealer. The Debtor purchases vehicles and immediately resells the vehicles at auto auctions.

4. Prior to the filing the Debtor sold its vehicles almost exclusively at Manheim Auctions, Inc. ("Manheim").

5. Under the procedures at Manheim once a vehicle was sold through the auction, Manheim does not pass on the funds to the seller until documents transferring title have been received. As a result there are sometimes delays between the time of sale and Manheim delivering checks to the seller.

6. Based upon information provided by Manheim, Manheim is currently in possession of funds of the Debtor in the amount of at least $244,495 ("Funds").

7. Prior to the filing of this case, the Debtor was involved in litigation styled <u>Stephen Rapp, Plaintiff v.Texoma Auto Remarketing, LLC, Dustin Ford, Individually, and dba MFDF Transportation, LLC, (A Montana Limited Liability Company), Defendants, v, First United Bank & Trust Company, Third party Plaintiff v. Dustin Ford, Stephen Rapp, Texamo Auto Remarketing, LLC and MFDF Transportation, Defendants</u> Case CV-21-1621, 397th Judicial Distrcit Grayson County, Texas ("State Court Action").

8. In the State Court Action both Stephen Rapp ("Rapp") and First United Bank & Trust Company ("Bank") claims that the Debtor owed them funds an demanded that Manheim not turn over the Funds to the Debtor.

9. Manheim has filed an Interpleder action in the State Court Action seeking to Interpled the Funds.

10  It is undisputed that the Funds are owed to Debtor.

11. Neither Rapp nor First have any lien against the Funds.

12. The Debtor is in need to the Funds to continue operations and propose a Plan of Reorganization.

13.. Manheim acknowledges that the Funds belong to the Debtor but is unwilling to turn over the Funds absent an Order from the Court.

14. Debtor requests that Manheim be Ordered to immediately release the Funds to the Debtor.

WHEREFORE, PREMISES CONSIDERED, Debtor, Texoma Auto Remarketing, LLC respectfully prays this Honorable Court enter an Order that Manheim immediately release the Funds to the Debtor, and for such other and further relief, at law or in equity, to which Debtor may show itself justly entitled.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 850
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins
ERIC A. LIEPINS, SBN 12338110

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to Manheim Auctions, Inc., by and through it counsel of record, Jose Luzarraga at Jose.Luzarraga@butlersnow.com, Stephen Rapp by and through his counsel of record, Abigail Campbell at acampbell@condontobin.com , First United Bank through its counsel of record, William Riley Nix at riley_nix@yahoo.com  And to Dustin Ford and MFDF Transportation through its counsel of record J Stephen Hunnicutt at Steve@HunnicuttLaw.com and the United

States Trustee on this the 15th day of March 2022.

                                                          __/s/ Eric Liepins_____
                                                          Eric A. Liepins